

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2026

No. 04-25-00741-CV

Maria **VILLEGAS** and Sarah Schneuker individually and on behalf of
all current and former similarly situated employees,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-07493
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

Sitting:    Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

In accordance with this court's memorandum opinion of this date, appellants' motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED.  Costs of appeal are assessed against appellants Maria Villegas and Sarah Schneuker.  *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on January 7, 2026.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court